Case 3:21-cr-01048-WQH   Document 46   Filed 01/23/25   PageID.146   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>GUILLERMINA ORNELAS<br><br>Date of Original Judgment: 09/28/2021<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)<br>)  Case No: 21cr1048-WQH<br>)  USM No: _____<br>)<br>)<br>)  _____<br>  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant moves for a reduced sentence as a result of the U.S. Sentencing Commission's amendments to USSG § 4C1.1, contending that she is a "zero-point offender." (ECF No. 40.) However, Defendant agreed at the time of sentencing that she had nine criminal history points and was a career offender under the guidelines. (See ECF No. 32 at 2; see also PSR ¶¶ 37-38.) Defendant is therefore ineligible for an adjustment under USSG § 4C1.1, the first requirement of which is that "the defendant did not receive any criminal history points[.]" Even if the Court had the discretion to grant Defendant's motion, the Court would decline to reduce Defendant's sentence because the Court finds that the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense under 18 U.S.C. §3553(a) continues to support the sentence imposed. The Motion for Reduction in Sentence is denied. (ECF No. 40.)

Except as otherwise provided, all provisions of the judgment dated   09/28/2021   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   1/23/25

*Judge's signature:* William Q. Hayes

Effective Date: _____
*(if different from order date)*

Hon. William Q. Hayes, U.S. District Judge
*Printed name and title*